UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501 New
York, New York 10004
P: (212) 471-5100
Bankruptcy@friedmanvartolo.com
Attorney for Secured Creditor,
BSI Financial Services as servicer for US
Bank Trust N.A. as Trustee of the Igloo Series III
Trust

Order Filed on November 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. ___17-31444___

Judge: Rosemary Gambardella

Chapter: 13

IN RE:

Thomas R Raimondi
Jeanne Gayle Raimondi

Debtor(s)

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUEST FOR ENTRY OF AN ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY TO SECURED CREDITOR**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: November 20, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | BSI Financial Services |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | David E. Sklar, Esq. |
| Property Involved("Collateral"): | 254 North 4th Street, Surf City, NJ 08008 |

Relief sought:
- ✓ Relief from the automatic stay
- Motion to Dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Debtor must close on the sale of the Collateral by January 18, 2019. If the closing has not occurred by this date, Applicant is granted immediate relief from the automatic stay, without further application or Order of this Court.

2. If Applicant obtains stay relief. Applicant must notify Debtor's Counsel of any scheduled Sheriff Sale.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
David E. Sklar, Esq.
*Attorney for Debtor*

/s/ Jonathan Schwalb, Esq.
Jonathan Schwalb, Esq.
*Attorney for Secured Creditor*